FILED
Western District of Washington
at Seattle

APR 02 2009

U.S. Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
http://www.wawb.uscourts.gov

## CHANGE OF ADDRESS

**(See reverse for requirements of LBR 9011-1 relating to change of address or telephone number)**

CASE NAME  Jeffrey S. Sampson and Deirdre A. Sampson     CASE NO  09-12448-PHB

FOR:    _____  DEBTOR

       _____  JOINT DEBTOR

       __X__  CREDITOR

       _____  ATTORNEY   **(Please include Bar ID Number _____)**

       _____  PLAINTIFF

       _____  DEFENDANT

NEW ADDRESS:

NAME: Frank Bachinsky

ADDRESS: Post Office Box 472344

Charlotte, NC 28247

PHONE: (704) 906-9988

EMAIL ADDRESS (attorney only): _____

SIGNATURE OF PARTY(S) REQUESTING CHANGE:

*[signature]*                      Date 3/30/09

CHANGE OF ADDRESS
(rev.7/1/08)