Michael J. Gearin, WSBA # 20982
Marla L. Zink, WSBA #39042
Daniel A. Brown, WSBA # 41234
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
(206) 623-7580

Honorable Philip H. Brandt
Chapter 7
Ex Parte
Noted: December 2, 2009

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

In re:

JEFFREY SCOTT SAMPSON and
DEIRDRE ANN SAMPSON,

                          Debtors.

No. 09-12448

FINAL JUDGMENT OF NON-DISCHARGEABILITY AS TO CREDITOR FRANK BACHINSKY

[PROPOSED]

## JUDGMENT SUMMARY

| | | |
|---|---|---|
| 1. | Judgment Creditor: | Frank Bachinsky |
| 2. | Judgment Creditor's Attorneys: | K&L Gates LLP<br>Michael J. Gearin<br>Marla Zink<br>925 Fourth Ave., Suite 2900<br>Seattle, WA 98104 |
| 3. | Judgment Debtor(s): | Jeffrey S. Sampson and Deirdre A. Sampson |
| 4. | Judgment Debtor's Attorney: | Lasher Holzapfel Sperry & Ebberson, P.L.L.C.<br>Jeffrey L. Smoot<br>Philip L. Bednar<br>2600 Two Union Square<br>601 Union Street<br>Seattle, WA 98101-4000 |
| 5. | Principal Amount of Judgment: | $175,244.00 |

[PROPOSED] JUDGMENT OF
NONDISCHARGEABILITY (F. BACHINSKY) - 1

K:\2821877\00022\20924_MLZ\20924P210Y

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 09-12448-KAO    Doc 112    Filed 12/08/09    Ent. 12/08/09 15:01:30    Pg. 1 of 3
Case 09-12448-KAO    Doc 94    Filed 12/04/09    Entered 12/04/09 14:46:02    Page 1 of 3

| | | |
|---|---|---|
| 6. | Prejudgment Interest: | None. |
| 7. | Attorney's Fees and Costs: | None. |
| 8. | Total Judgment | $175,244.00 |
| 9. | Post-judgment Interest Rate: | 12%, to commence 7 years after entry of judgment |

## JUDGMENT

The Stipulation of Settlement having been presented to the Court pursuant to Federal R. Bankr. Proc. 9021, LBR 9021-1, and Fed. R. Civ. Pro. 58, and the Court having reviewed the Stipulation of Settlement, and finding it to be sufficient, now therefore, it is hereby ORDERED, ADJUDGED, AND DECREED as follows:

1. Frank Bachinsky is hereby awarded nondischargeable judgment against Jeffrey Scott Sampson and Deirdre Ann Sampson, jointly and severally, in the amount of $175,244.00.

2. Post-judgment interest will accrue on the judgment amount beginning seven years after the date of entry of judgment.

3. This Court retains jurisdiction to hear any issues relating to this Judgment.

4. There is no just reason for delay, and final judgment should be entered forthwith in favor of Mr. Bachinsky.

DATED this ____ day of _____, 2009.

_____
Honor*Karen A. Overstreet*
UNITED States Bankruptcy Judge
(Dated as of Entered on Docket date above)

[PROPOSED] JUDGMENT OF
NONDISCHARGEABILITY (F. BACHINSKY) - 2

K:\2821877\00022\20924_MLZ\20924P210Y

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Case 09-12448-KAO    Doc 112    Filed 12/08/09    Ent. 12/08/09 15:01:39    Pg. 2 of 3
Case 09-12448-KAO    Doc 91    Filed 12/04/09    Entered 12/04/09 14:46:02    Page 2 of 3

Presented by:

K&L GATES LLP

By    s/ Marla Zink
   Michael J. Gearin, WSBA # 20982
   Marla L. Zink, WSBA # 39042
   Daniel A. Brown, WSBA # 41234
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
(206) 623-7580
Email: marla.zink@klgates.com
Attorneys for Frank Bachinsky, Creditor

Approved as to form; notice of presentation waived:

LASHER HOLZAPFEL SPERRY & EBBERSON P.L.L.C.

By    s/ (by email consent)
   Jeffrey L. Smoot, WSBA # 39335
   Philip L. Bednar, WSBA # 41304
2600 Two Union Square
601 Union Street
Seattle, WA 98101-4000
(206) 340-2563
Attorneys for Jeffrey Sampson and Deirdre Sampson

[PROPOSED] JUDGMENT OF
NONDISCHARGEABILITY (F. BACHINSKY) - 3

K:\2821877\00022\20924_MLZ\20924P210Y

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022